UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 21-24383-CIV-MORENO

Melissa Stutler,

        Plaintiff,

vs.

Target Corporation,

        Defendant.
_____/

### ORDER STRIKING DEFENDANT'S MOTION FOR FINAL SUMMARY JUDGMENT

THIS CAUSE came before the Court upon DEFENDANT'S MOTION FOR FINAL SUMMARY JUDGMENT **(D.E. 67)**, filed on **September 22, 2022**.

THE COURT has considered the motion, the pertinent portions of the record, and being otherwise fully advised in the premises, it is

**ADJUDGED** that the motion is STRICKEN for violating Local Rule 7.1(c)(2), which specifies page limits.

DONE AND ORDERED in Chambers at Miami, Florida, this 27th of September 2022.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record