UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Fort Lauderdale Division

Case Number: 21-24383-CIV-MORENO

MELISSA STUTLER,

        Plaintiff,

vs.

COCA-COLA BEVERAGES FLORIDA, LLC,

        Defendant.
_____/

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION AND ORDER DENYING MOTION FOR ATTORNEY'S FEES

THE MATTER was referred to the Honorable Jonathan Goodman, United States Magistrate Judge, for a Report and Recommendation on Coca-Cola's Motion for Entitlement to Attorneys' Fees, filed on **February 20, 2023**. The Magistrate Judge filed a Report and Recommendation **(D.E. 126)** on **August 16, 2023**.

On **December 12, 2022**, Plaintiff filed a Notice of Appeal as to the Court's Order Granting Coca-Cola's Motion for Summary Judgment. While the appeal was pending, Defendant Coca-Cola moved for attorneys' fees because it had served a proposal for settlement which Plaintiff rejected, and Defendant later prevailed on summary judgment.

**On July 24, 2023**, the United States Court of Appeals for the Eleventh Circuit issued a decision reversing the Order granting summary judgment for Coca-Cola. The deadlines for filing a petition for rehearing have passed and the Eleventh Circuit's docket does not reflect that any such petitions were filed. Because the basis for Coca-Cola's entitlement to fees is no longer applicable, it is

ADJUDGED that United States Magistrate Judge Jonathan Goodman's Report and Recommendation is **AFFIRMED** and **ADOPTED**. Accordingly, it is

**ADJUDGED** that Coca-Cola's Motion for Entitlement to Attorneys' Fees is DENIED.

DONE AND ORDERED in Chambers at Miami, Florida, this 21st of August 2023.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:

United States Magistrate Judge Jonathan Goodman
Counsel of Record